IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION-WATERLOO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civil No. 15-cv-02050-EJM |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY L. ELSTON; | ) | |
| FALEISHA A. ELSTON; and | ) | |
| CITY OF MANCHESTER, | ) | |
| | ) | |
| Defendants, | ) | |

**ORDER CONFIRMING THE REPORT AND APPROVING
THE UNITED STATES MARSHAL'S SALE**

Upon motion of Plaintiff, United States of America, for an Order (1) confirming the Marshal's Certificate of Purchase issued to Keith W. Harrison, the purchaser at the sale; (2) confirming the report of the United States Marshal on the sale of the foreclosed property pursuant to the Decree of Foreclosure; (3) approving the sale; and (4) approving the issuance of a Deed of Conveyance to Keith W. Harrison, the purchaser at the sale; the Court having examined the report of the United States Marshal and being fully advised, enters the following order:

IT IS HEREBY ORDERED that the United States Marshal's Certificate of Purchase now presented to the Court from Kenneth J. Runde, United States Marshal, and executed by Deputy United States Marshal Richard Manning, is approved and the filing of the copy of the certificate with the Clerk of this Court, is hereby confirmed. The execution, by the United States Marshal, of the Marshal's

Certificate of Purchase issued to Keith W. Harrison, pursuant to the sale, is approved.

IT IS FURTHER ORDERED that the report of the United States Marshal, and the sale, are in all respects approved and confirmed.

IT IS FURTHER ORDERED the United States Marshal, or his successor in office, shall execute to the purchaser Keith W. Harrison, or his successors or assigns, a good and sufficient Deed of Conveyance to the foreclosed property, there being no right of redemption.

Dated this __30__ day of __December__, 2015.

_____
JUDGE
UNITED STATES DISTRICT COURT

2